IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11 CV 32

| | | |
|---|---|---|
| JESSICA KINGSLEY AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JULIE L. SMITH A/K/A JULIE LYNN KINGSLEY SMITH, | ) ) ) ) ) | |
| Plaintiff | ) ) | |
| V | ) ) | **ORDER** |
| GHOST TOWN HOLDINGS, LLC., et al | ) ) | |
| Defendants | ) | |

**THIS MATTER** is before the court on E. B. Davis Inabnit, Jr.'s Application for Admission to Practice *Pro Hac Vice* of Philip C. Thompson. It appearing that Philip C. Thompson is a member in good standing with the South Carolina Bar and will be appearing with E. B. Davis Inabnit, Jr., a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that E. B. Davis Inabnit, Jr.'s Application for Admission to Practice *Pro Hac Vice* (#5) of Philip C. Thompson is **GRANTED**, and that Philip C. Thompson is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with E. B. Davis Inabnit, Jr.

Signed: February 14, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge