# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:11cv32

| | |
|---|---|
| JESSICA KINGSLEY, Personal Representative of the Estate of Julie L. Smith, a/k/a Julie Lynn Kingsley Smith, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>)<br>) |
| BRENDA AND GENE LUMMUS, INC., d/b/a Ghost Town Harley Davidson, | )<br>)<br>) |
| Defendant. | )<br>) |

## **J U D G M E N T**

**THIS MATTER** came on for trial and was heard by the undersigned judge, and a jury was duly empaneled and has answered the issues presented as follows:

1. Was the death of Julie L. Smith proximately caused by the negligence of the Defendant?

   ANSWER: NO

2. What amount of damages, if any, is the Plaintiff entitled to recover from the Defendant?

ANSWER: N/A

Based on the foregoing facts as found by the jury, the Court concludes as a matter of law that the Defendant Brenda and Gene Lummus, Inc. Is not liable for the death of the Plaintiff's decedent.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff shall recover nothing from the Defendant in the form of damages.

**IT IS FURTHER ORDERED ADJUDGED AND DECREED** that this action is hereby **DISMISSED WITH PREJUDICE** in its entirety, and the Defendant shall recover its costs of the action from the Plaintiff.

Signed: May 25, 2012

Martin Reidinger
United States District Judge